IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAFFER REACHOUT FOUNDATION,<br><br>   Plaintiff,<br><br>   v.<br><br>ARABESQUE INC., MOORISH INTERIORS, MORESQUE INC., MHAMMED NAJI, REDA NAJI, and ADIL M. NAJI,<br><br>   Defendants. | CIVIL ACTION<br>NO. 12-7169 |

### ORDER

**AND NOW**, this 15th day of October, 2014, upon consideration of Defendants' Motion to Dismiss (Docket #32), Plaintiff's Response in Opposition, and all supporting papers, it is hereby **ORDERED** that the Motion is **GRANTED** and this matter is **DISMISSED** for lack of personal jurisdiction, without prejudice to refiling in an appropriate forum.

It is further **ORDERED** that, as the case has been dismissed, Defendants' included Motion for Summary Judgment (also contained within Docket #32) is **DENIED AS MOOT**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.